

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**RAYMOND R. OESTRIECHER**                        CIVIL ACTION

**VERSUS**                                         NO. 07-1044

**CHARLES WALLACE, ET AL.**                       SECTION: "B"(3)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's Motion for Entry of Default, Rec. Doc. 29, is **DENIED.**

**IT IS FURTHER ORDERED** that defendants' motion for summary judgment, Rec. Doc. 35, is **GRANTED** and that plaintiff's excessive force claims are **DISMISSED WITHOUT PREJUDICE**, but with prejudice for the purpose of proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915.

**IT IS FURTHER ORDERED** that plaintiff's claim for verbal abuse is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1) as frivolous and for otherwise failing to state a claim on which relief may be granted.

New Orleans, Louisiana, this 27th day of November, 2007.

_____
**UNITED STATES DISTRICT JUDGE**

___ Fee ___
___ Process ___
X   Dktd ___
___ CtRmDep ___
___ Doc. No ___